[No. 8767–3–I.   Division One.   May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY WALLACE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10418, Jack S. Kurtz, J., entered April 23, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold, A.C.J., and Durham, J.

[No. 8195–1–I.   Division One.   May 18, 1981.]

MARGIE A. SAGDAHL, ET AL, *Respondents*, v. JOHN SARAJIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 832274, T. Patrick Corbett, J., entered October 30, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, C.J., and Williams, J.

[No. 8148–9–I.   Division One.   May 18, 1981.]

BRONCO NORTHWEST, INC, *Plaintiff*, BROWN STEEL EQUIP-MENT COMPANY, INC., *Respondent*, v. FRED MEYER, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 846834, David C. Hunter, J., entered October 10, 1979. *Reversed* and *remanded with instructions* by unpublished opinion per Andersen, J., concurred in by Williams and Callow, JJ.